**Order entered February 12, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01409-CV

### LEATHA A. MUNAI, Appellant

### V.

### WILLIAM K. MUNAI, Appellee

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-04-04859**

## ORDER

We **GRANT** appellees' February 7, 2014 unopposed motion to extend time to file brief

and **ORDER** the brief be filed no later than March 8, 2014.


/Ada Brown/
ADA BROWN
JUSTICE